UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., <br><br>         Plaintiff, <br><br> v. <br><br> MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology, Inc., <br><br>         Defendants. | No. 23-cv-08215 <br><br> **NOTICE OF CHANGE OF ADDRESS** |

To: Attorney Services Clerk and All Parties of Record

  Pursuant to Local Rule 1.3(d) of this Court, please take notice of the following attorney information change for undersigned counsel.

    New mailing address:  10 Grand Central
                155 East 44th Street
                25th Floor
                New York, New York 10017

  All other contact information for the undersigned remains unchanged.

Dated: January 10, 2024      Respectfully submitted,
    New York, New York
                  Lewis Baach Kaufmann Middlemiss PLLC

              By:   /s/
                Arthur D. Middlemiss
                  *(SDNY No. AM2456, NY Bar No. 2683209)*
                Elizabeth M. Velez
                  *(SDNY & NY Bar No.: 5282553)*
                Annika B. Conrad
                  *(SDNY & NY Bar No.: 5898150)*
                10 Grand Central
                155 East 44th Street
                25th Floor
                New York, New York 10017
                (212) 826-7001

                *Counsel for Plaintiff Mintable PTE Ltd.*