UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINTABLE PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> MINTOLOGY INC. and CINDY JIN, both in her individual capacity and as CEO of Mintology, Inc., <br><br> Defendants. | Case No.: 23-cv-08215 |

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND A PERMANENT INJUNCTION**

PLEASE TAKE NOTICE THAT, in accordance with the Court's Individual Local Rule 55.2(b) and the Federal Rules of Civil Procedure 55(b)(2), Plaintiff, by and through its undersigned counsel, moves for default judgment and a permanent injunction against Defendant Mintology Inc.

Dated: April 2, 2024
      New York, New York

Respectfully submitted,

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

By:  */s/ Arthur D. Middlemiss*

    Arthur D. Middlemiss
    (Arthur.middlemiss@lbkmlaw.com)
    Elizabeth M. Velez
    (Elizabeth.velez@lbkmlaw.com)
    Annika B. Conrad
    (Annika.conrad@lbkmlaw.com)
    10 Grand Central
    155 East 44th Street, 25th Floor
    New York, NY 10017
    Telephone: (212) 826-7001
    Facsimile: (212) 826-7146