# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**Mintable Pte. Ltd.**

                        **Plaintiff**

                              Case No.: 1:23-cv-08215-LJL

                               *vs.*

**Mintology Inc., et al.**

                        **Defendant**

---

## AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Notice of Motion for Default Judgment and a Permanent Injunction, Plaintiff's Memorandum of Law in Support of its Motion for Entry of Default Judgment, Declaration of Arthur Middlemiss in Support of Plaintiff's Motion for Default Judgment with Exhibits, Proposed Final Default Judgment and Permanent Injunction Order, and Order dated April 9, 2024 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 04/12/2024 at 10:32 AM, I served Mintology Inc. c/o Legal Inc. Corporate Services Inc., Registered Agent with the Notice of Motion for Default Judgment and a Permanent Injunction, Plaintiff's Memorandum of Law in Support of its Motion for Entry of Default Judgment, Declaration of Arthur Middlemiss in Support of Plaintiff's Motion for Default Judgment with Exhibits, Proposed Final Default Judgment and Permanent Injunction Order, and Order dated April 9, 2024 at 131 Continental Drive, Suite 305, Newark, Delaware 19713 by serving Genny Hughes, Agent, authorized to accept service on behalf of Legal Inc. Corporate Services Inc.

Genny Hughes is described herein as:

Gender: Female   Race/Skin: White   Age: 25   Weight: 120   Height: 5'8"   Hair: Blonde   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

_____
4-25-24
**Executed On**



_____
Adam Golden

Client Ref Number: N/A
Job #: 2001716