UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MINTABLE PTE LTD.,                                                :
:
                    Plaintiff,                                 :
:        23-cv-8215 (LJL)
       -v-                                                        :
:            ORDER
MINTOLOGY INC. and CINDY JIN, both in her           :
individual capacity and as CEO of Mintology, Inc.,  :
:
                    Defendants.                             :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 16, 2024, the Court held a hearing on Plaintiff's motion for default judgment. Dkt. No. 25. Plaintiff appeared but Defendant did not appear.

      At the hearing, the Court directed Plaintiff to submit a narrowed proposed default judgment, as well as proposed findings of fact and conclusions of law, by May 24, 2024. The Court directed Plaintiff to serve those submissions on Defendant, and to file a certificate of service on the docket. The Court takes the matter under advisement.

      SO ORDERED.

Dated: May 16, 2024
       New York, New York                            LEWIS J. LIMAN
                                                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2024